## REQUEST FOR COURT ACTION / DIRECTION

**08 CRIM 640**

TO:  James Molinelli
Clerk's Office-5th Floor

OFFENSE: <u>Theft of Government Property, 18 USC 641, a Class A Felony</u>

ORIGINAL SENTENCE: <u>Two (2) years of Probation.</u>

FROM:  Tiffany Thomas
U.S. Probation Officer

SPEC. CONDITIONS: <u>The Defendant Shall Not Own, Possess or Have under Her Control Any Firearm, Dangerous Weapon or Other Destructive Devise. The Defendant Shall Participate in a Mental Health Treatment Program Approved by the U.S. Probation Office. The Defendant Shall Take All Prescribed Medications and Not Discontinue Medication with out Permission. The Court Authorizes the Release of Available Psychological and Physiatrics Evaluation and Reports to the Mental Health Provider, as Approved by the Probation Officer. The Defandant Shall Contribute to the Cost of the Services Render, If the Defendant Has the Ability to Pay, Not Covered by Third Party Payment. Special Assessment $25: Restitution $ 52,302.34</u>

AUSA: <u>To be determined</u>
DEF. ATTORNEY: <u>To be determined</u>
MED: <u>August 22, 2009</u>

RE:  WATTS, God-Is
Docket #: 1:07-CR-6-01-JEC

DATE OF SENTENCE:  August 23, 2007

DATE:  July 10, 2008

ATTACHMENTS:  PSI X    JUDGMENT X    PETITION AND ORDER TO MODIFY
CONDITIONS OF PROBATION  X

REQUEST FOR:  COURT DIRECTION  X

---

### REQUEST FOR ACCEPTANCE OF JURISDICTION

On April 13, 2007 the above-mentioned individual was sentenced as outlined above in the Northern District of Georgia, by the Honorable , Julie E. Carnes, U.S. District Judge.

On July 2, 2008, we received a letter from the Northern District of Georgia, advising that the Honorable Julie E. Carnes, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Ms. Watts' transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York.

Enclosed are two(1) Transfer of Jurisdiction Probation Form 22. Upon completion, please return both Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Tiffany Thomas (TT)*
Tiffany Thomas
U.S. Probation Officer
212-805-0033

Approved By: *[signature]* 7/10/08
Enid Febus           Date:
Supervising U.S. Probation Officer